586

HENRY ANDERSON v.
REINHOLD-SCHUMANN, INC., AND HAROLD SOMBERG.

October 16, 1973. Petition for certification granted.

HENRY ANDERSON v.
DR. HAROLD SOMBERG AND ST. JAMES HOSPITAL.

October 16, 1973. Petition for certification granted.

HENRY ANDERSON v. DR. HAROLD SOMBERG AND
LAWTON INSTRUMENT COMPANY.

October 16, 1973. Petition for certification granted.

HENRY ANDERSON v.
HAROLD SOMBERG AND REINHOLD-SCHUMANN INC.

October 16, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT L. BOND.

October 16, 1973. Petition for certification denied.